UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☐ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **William John Weinstock, Jr.**   JOINT DEBTOR: **Rogina Leigh Weinstock**   CASE NO.: _____
Last Four Digits of SS# **xxx-xx-4811**   Last Four Digits of SS# **xxx-xx-5055**

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

A. $ __110.00__ for months __1__ to __60__ ;
B. $ _____ for months ____ to ____ ;
C. $ _____ for months ____ to ____ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ *4,250.00   TOTAL PAID $ 4,250.00
Balance Due $ -NONE- payable $ _____ /month (Months ___ to ___)

*$3,500.00 for Chapter 13 Bankruptcy and $750.00 for Motion to Strip Second Mortgage

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

**-NONE-**   Arrearage on Petition Date $ _____
Address: _____   Arrears Payment $ _____ /month (Months __ to __)
Account No: _____   Regular Payment $ _____ /month (Months __ to __)

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| TD Bank N.A. 1701 Route 70 East; Cherry Hill, NJ 08034 Account No: 146001680 | 515 5th Court Palm Beach Gardens, FL 33410 $ 92,000.00 | 0% | $ 0.00 | 0 To 0 | Mortgage to be stripped by separate Motion/Order |

Priority Creditors: [as defined in 11 U.S.C. §507]
**-NONE-**   Total Due $ _____
Payable $ _____ /month (Months __ to __)   Regular Payment $ _____

Unsecured Creditors: Pay $ **100.00** /month (Months **1** to **60**).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
Other Provisions Not Included Above: TD Bank first mortgage and GMAC auto loan are current and will be paid outside of the Plan.
Debtors shall provide copies of yearly income tax returns to the Trustee no later than May 15th during the pendency of the Chapter 13 case. In the event Debtors' income or tax refunds increase, Debtors shall increase payments to unsecured creditors over and above payments provided through the Plan up to 100% of allowed unsecured claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_/s/ William John Weinstock, Jr._   _/s/ Rogina L. Weinstock_
William John Weinstock, Jr.   Rogina Leigh Weinstock
Debtor   Joint Debtor
Date: 12-15-09   Date: 12/15/09

LF-31 (rev. 06/02/08)
Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037   Best Case Bankruptcy